

RECEIVED
in Chambers of:
U.S. District Judge
DORA L. IRIZARRY

OCT 15 2007

MEMORANDUM
TO THE HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE

RE: HORICIANU, Florin
DOCKET NO.: 07-CR-203
**COMMUNICATION FROM OFFENDER**

Reference is made to the above-captioned offender who was sentenced by Your Honor on September 25, 2007 for violating four conditions of his supervised release and was sentenced to a one year and one day period of incarceration followed by a two year term of supervised release. The purpose of this memorandum is to apprise the Court that the U.S. Probation Department for the District of California advised the undersigned officer on the marginal date that the Threat Mitigation Executive Protection Department for eBay, specifically John Endert, reported the transmission of an electronic mail (e-mail) by the offender. Attached is a copy of the e-mail dated September 28, 2007, sent to eBay founder, Pierre Omidyar, the same date the offender self-surrendered to the United States Marshal's Service.

The undersigned officer has contacted Mr. Endert to verify the offender's sentence on the violation and hence his current incarceration. Also, Mr. Endert was assured that those special conditions relating to the offender's restricted contact with eBay during his next term of supervised release were reinforced by Your Honor.

Respectfully Submitted,

Tony Garoppolo
Chief U.S. Probation Officer

Prepared By: _____

Jeanine Manno
U.S. Probation Officer

Approved By: _____

Nella Yelenovic
Supervising U.S. Probation Officer

October 10, 2007

cc: AUSA Daniel Spector
    Florian Miedel, Esq.

S/DLI
_____
Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York

*A status conference will be held to address this issue on November 6, 2007 at 10:30 a.m.*

*So Ordered.*
*Dated: Brooklyn, NY*
*October 19, 2007*