```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :          Summary Order
                                                             :
                  -against-                                  :          07 Cr 203 (DLI)
                                                             :
FLORIN HORICIANU,                                            :
                                                             :
                                    Defendant.               :
                                                             :
------------------------------------------------------------ x
```
**DORA L. IRIZARRY, United States District Judge.**

Defendant's motion for a "fair punishment" is denied. It is up to the Bureau of Prisons ("BOP") to designate the place of the inmate's imprisonment and to transfer the inmate from one institution to another as the BOP deems appropriate. *See* 18 U.S.C. § 3621(b). Moreover, once the defendant is sentenced, it is up to the BOP to determine when a sentence commences, whether the defendant receives credit for time served or for "good time," and the place of confinement. *United States v. Pineyro*, 112 F.3d 43, 45 (2d Cir. 1997). Defendant was given every possible opportunity to comply with the conditions of his supervised release, and failed to do so. After a hearing, he was found guilty of violating the conditions of his supervised release and sentenced accordingly. It is not up to the defendant to decide where and how he serves his sentence. Nor has he raised any legitimate cause for complaint, other than prison life at the Metropolitan Correctional Center being "harsher" than at lower security facilities. Defendant cannot expect to avail himself of the same amenitites that were available to him when he was at liberty. Accordingly, defendant's motion is denied in its entirety.

The Court certifies, pursuant to 28 U.S.C. § 1915(a), that any appeal from this order would not be taken in good faith, and, therefore, *in forma pauperis* is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438 (1962).

SO ORDERED.

Dated: Brooklyn, New York
February 12, 2008

/s/
DORA L. IRIZARRY
United States District Judge